**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                      Case No.
                                                            19-13846-RAM Chapter 7
AMY LEE
BURKICH

            Debtor          /

CERTIFICATE OF SERVICE

I certify that a true copy of   NOTICE OF RULE 2004 EXAMINATION (D.E. 33)

was served as follows:

ELECTRONICALLY:

JacquelineCalderin,calderintrustee@gmail.com,jcalderin@ecf.axosfs.com; calderintrustee@ecf.inforuptcy.com

Trustee Office of the U.S. Trustee, USTPRegion21.MM.ECF@usdoj.gov

BY MAIL:

Amy Lee Burkich, 2540 SW 60Ave Miami, FL 33155

Dated:5/14/2019

                                        FEILER & LEACH, P.L.
                                        901 Ponce de Leon Blvd., Suite 300
                                        Coral Gables, FL 33134
                                        Tel. (305) 441-8818 Fax (305)441-8018

                                        By:/s/ *Michael B. Feiler*
                                            Michael B. Feiler
                                            Board Certified Civil Trial Lawyer
                                            Fla. Bar No. 98477