**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No.
                                                                        19-13846-RAM Chapter 7
AMY LEE
BURKICH

        <u>Debtor</u>      /

CERTIFICATE OF SERVICE

I certify that a true copy of MOTION TO SET HEARING (D.E. 37) and MOTION FOR RELIEF FROM STAY (D.E. 36) were served as follows:

ELECTRONICALLY:

JacquelineCalderin,calderintrustee@gmail.com,jcalderin@ecf.axosfs.com; calderintrustee@ecf.inforuptcy.com

Trustee Office of the U.S. Trustee, USTPRegion21.MM.ECF@usdoj.gov

BY MAIL:

Amy Lee Burkich, 2540 SW 60Ave Miami, FL 33155

American Express National Bank c/o Becket and Lee LLP
PO Box 3001 Malvern, PA 19355-0701

Synchrony Bank PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541

Dated:5/22/2019

                                            FEILER & LEACH, P.L.
                                            901 Ponce de Leon Blvd., Suite 300
                                            Coral Gables, FL 33134
                                            Tel. (305) 441-8818 Fax (305)441-8018

                                            By:<u>/s/ *Michael B. Feiler*</u>
                                                Michael B. Feiler
                                                Board Certified Civil Trial Lawyer
                                                Fla. Bar No. 98477